Lisa J. Dickinson
Dickinson Law Firm PLLC
1020 N. Washington St. Ste 3
Spokane, Washington 99201
509-326-0636
lisa@dickinsonlawfirm.com

Counsel for Plaintiff

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

MODERN WOODMEN OF AMERICA,

    Plaintiff,

v.

ERIC MARKS,

    Defendant.

Case No. 2:24-CV-00212-TOR

**AGREED FINAL JUDGMENT AND ORDER OF DISMISSAL**

Plaintiff Modern Woodmen of America and Defendant Eric Marks, have stipulated to the entry of this final judgment in this action; it is accordingly

ORDERED, ADJUDGED and DECREED that no life insurance proceeds or payments are payable or owing by Plaintiff to Defendant, and no insurance coverage or rights exist, under certificate nos. 9112103 and 9141607 issued by Plaintiff (collectively, the "Certificates"); It is further

ORDERED, ADJUDGED and DECREED that the Certificates are void, as if never issued or in force, and Plaintiff has no liability or obligation under the Certificates or otherwise to Defendant; it is further

Agreed Final Judgment and Order of Dismissal - 1

ORDERED, ADJUDGED and DECREED that all remaining claims or counterclaims asserted or assertable herein by Plaintiff and Defendant against the other are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated this __14th__ day of August 2024

*[signature: Thomas O. Rice]*
UNITED STATES DISTRICT JUDGE

**AGREED:**

By: *s/ Lisa J Dickinson*
Lisa J. Dickinson
Dickinson Law Firm PLLC
1020 N. Washington St. Ste 3
Spokane, Washington 99201
509-326-0636
lisa@dickinsonlawfirm.com

Counsel for Plaintiff

**AGREED:**

*s/ Eric Marks*
Eric Marks, pro se
Date:
____8/5/24____

Defendant

Agreed Final Judgment and Order of Dismissal - 2



1 asserted or assertable herein by Plaintiff and Defendant against the other are DISMISSED
2 WITH PREJUDICE.
3     IT IS SO ORDERED.
4     Dated this _____ day of ____, 2024
5
6                                 UNITED STATES DISTRICT JUDGE
7 **AGREED:**

By: _s/ Lisa J. Dickinson_
8 Lisa J. Dickinson
   Dickinson Law Firm PLLC
9    1020 N. Washington St. Ste 3
   Spokane, Washington 99201
10    509-326-0636
   lisa@dickinsonlawfirm.com
11 COUNSEL FOR PLAINTIFF
12
13
14 **AGREED:**

15 Eric Marks, pro se
   Date: 8-5-2024
16 DEFENDANT

Agreed Final Judgment and Order of Dismissal - 2